**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JAN 25 PM 3:39

CLERK _C Adams_
SO. DIST. OF GA.

| | |
|---|---|
| JOSEPH MINTER, SR., | ) |
| Plaintiff, | ) |
| v. | ) CV 311-087 |
| FNU YOUMAN, Lieutenant, | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 15).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this action is **DISMISSED** for frivolity.

SO ORDERED this 25th day of January, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Affording a liberal construction to papers drafted by *pro se* litigants, Haines v. Kerner, 404 U.S. 519, 520-21 (1972) (*per curiam*), the Court will construe a letter Plaintiff has written to the Magistrate Judge as objections to the Report and Recommendation. (See doc. no. 15.)